SARAH LEVY, Appellant, v. JOSEPH LEVY, Respondent.— Order affirmed, with ten

dollars costs and disbursements. Bill of particulars to be furnished within five days. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.